AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| United States of America<br>v.<br>**James Matthew Bradley JR**<br><br>*Defendant(s)* | Case No. SA: 17-MJ-0832 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 23, 2017__ in the county of __Bexar__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1324 (a) (1)(A)(ii) and (1)(B)(iv) | The defendant (s) did, knowing or in reckless disregard of the fact that aliens had come to, entered, or remained in the United States in violation of law, transport and move and attempt to transport and move such aliens for the purpose of commercial advantage or private financial gain to wit: J. M.M-J, H L-C, A.L.V. , and approximately thirty six (36) others within the United States, by means of transportation and otherwise, in furtherance of such violation of law resulting in the death of approximately 10 of the aliens so transported. |

This criminal complaint is based on these facts:

See attached

Penalties: Max term of imprisonment Death Penalty or Life in prison, 5 years supervised released , $250,000 fine, $100 special assessment and a additional special assessment of $5,000 under the 2015 Justice for Victims of Trafficking Act.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

James Lara, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 07/24/2017

_____
*Judge's signature*

City and state: San Antonio, Texas

Elizabeth S. Chestney, U.S. Magistrate Judge
*Printed name and title*

CONTINUATION OF CRIMINAL COMPLAINT: James Matthew BRADLEY JR

On July 23, 2017, the San Antonio Police Department received a call concerning a suspicious vehicle at the Wal-Mart located at 8538 Interstate 35 Access Road, San Antonio, Texas 78211.

At approximately 0023 hrs, a San Antonio Police Officer arrived at the location and made contact with a Wal-Mart employee who advised there was a suspicious tractor-trailer in the back of the parking lot. The Wal-Mart employee advised there were multiple people in need of assistance. The SAPD officer approached the tractor-trailer and observed multiple people standing and laying at and around the rear of the trailer. The officer went to the tractor and shined his light in the cab when the driver, James Mathew BRADLEY JR exited the rear camper of the tractor. BRADLEY advised the officer that the trailer he was hauling had been sold and he was transporting the trailer from Schaller, Iowa to Brownsville, Texas. BRADLEY stated he was unaware of the contents and/or cargo. BRADLEY then stated after he parked his tractor trailer he exited the vehicle to urinate when he heard movement in the trailer. BRADLEY said he then went to the rear of the trailer and opened the door. BRADLEY stated he tried to administer aid to the occupants. At that time the officer detained BRADLEY and returned to the rear of the trailer and observed that several of the occupants were already deceased.

The Department of Homeland Security, Homeland Security Investigations, San Antonio, Texas was notified of the situation and arrived at the scene. Upon arrival, Homeland Security Investigations (HSI) Special Agents were briefed on the situation by SAPD at the scene. HSI Special Agents were advised that 8 undocumented aliens were found dead on arrival in and around the tractor trailer and approximately 30-40 undocumented aliens were injured and transported to local hospitals. Two of the undocumented aliens taken to the hospital later died and others were in critical condition. SAPD Detectives advised that they had the driver of the tractor-trailer in custody and he was being transported to SAPD Headquarters.

At SAPD Headquarters, HSI Special Agents James Lara and Gerry Reyes read BRADLEY his Miranda Rights in the English language. BRADLEY agreed to speak with the Agents and waived his Miranda Rights by signing the statement of rights.

BRADLEY began by stating he was traveling to San Antonio from Laredo, TX after getting his tractor-trailer washed and detailed. BRADLEY said he had his tractor-trailer washed at a truck stop in Laredo, TX at IH 35 and Mile Marker 13. After getting the tractor-trailer washed, BRADLEY stated he went to IH 35 and Mile Marker 3 at the "old truck stop" to have his tractor-trailer detailed and polished.

BRADLEY stated the purpose of his trip was to deliver the trailer he was hauling to Brownsville, TX. BRADLEY said he was traveling from Iowa to Brownsville, TX in order to deliver the trailer to its new owner. BRADLEY stated his boss sold the trailer to a person in Brownsville,

CONTINUATION OF CRIMINAL COMPLAINT: James Matthew BRADLEY JR

TX and asked him to deliver it. BRADLEY said he was not given a time frame to deliver the trailer nor was he given the delivery address.

BRADLEY stated when he arrived at the Wal-Mart he exited the vehicle to urinate and he heard banging and shaking in the trailer. BRADLEY said he went to open the doors and was surprised when he was run over by "Spanish" people and knocked to the ground. BRADLEY said he then noticed bodies just lying on the floor like meat. BRADLEY said he knew at least one of them was dead. BRADLEY said he knew the trailer refrigeration system didn't work and that the 4 vent holes were probably clogged up

BRADLEY stated he went back to the tractor and called his wife but she didn't answer. BRADLEY said he did not call 911.

BRADLEY stated approximately 30-40 people ran and scattered out of the trailer after he opened the doors. He said they mostly ran through the parking lot and a few just stayed in the grass area. BRADLEY stated no one else was in the area and no vehicles were there to pick up the passengers.

HSI Special Agents interviewed one of the undocumented aliens that were transported to a local hospital, referred to by the initials J.M.M-J. The alien stated he left his home in Aguascalientes, Mexico for the purpose of traveling to Nuevo Laredo, Tamaulipas, Mexico and being smuggled into the United States with a final destination of San Antonio, TX. He stated once he arrived in San Antonio, TX he was to pay the smugglers $5,500 USD.

He stated he waited with a group of 28 people until 8:00 PM to be smuggled across the river into the United States. He was told by the smuggler that people linked to the Zetas would charge 11,000 Mexican pesos for protection and 1,500 Mexican pesos to cross by raft since the river ran deep in that area. The money was collected and his group crossed the river by raft in three trips. Once, across they walked until the next day.

The next day at about 9:00 AM, his group was picked up by a silver Chevrolet Silverado truck and taken to the trailer that he later travelled in. He stated his group was the last of a larger group that was already inside. He estimated that there were already about 70 people inside. He was told to get inside and he would be transported later that evening. The smugglers closed the door and the interior of the trailer was pitch black and it was already hot inside. He stated they were not provided with any water or food. People inside were making noise to get someone's attention but nobody ever came.

Later at about 9:00 PM, someone opened the rear door of the trailer and told them that they would be leaving and provided each group with a different color tape to identify to the waiting smugglers which group they would be picking up at the destination. The man also told them that the trailer had refrigeration and not to worry about the trip.

CONTINUATION OF CRIMINAL COMPLAINT: James Matthew BRADLEY JR

During the first hour of transportation, everyone seemed to be ok. Later, people started having trouble breathing and some started to pass out. People began hitting the trailer walls and making noise to get the driver's attention. The driver never stopped. People had a hole in the trailer wall to provide some ventilation and they started taking turns breathing from the hole.

Upon arriving, the driver braked hard and people inside the trailer fell over because they were so weak. The rear doors were opened and people started to swarm out. Six black SUVS were waiting to pick up the people. The SUVs were full in a matter of minutes and left right away. He did not see who had opened the doors and did not see who the driver of the semi was.

Another undocumented alien, A.L.V., being treated at the hospital was interviewed by HSI Special Agents. He stated he was traveling with approximately 7 distant relatives and their destination was San Antonio, TX. He stated his group had 24 people and he had been in a "stash house" in Laredo, TX for 11 days. He stated when his group arrived at the tractor-trailer there were already approximately 70 people in the trailer and it was very hot.

HSI Special Agents interviewed another undocumented alien, H.L-C., who was transported to a local hospital. He stated he was traveling with his brother and they crossed through Laredo, TX. He stated he paid 60,000 pesos for the Mexican portion of his trip to the United States. They had been traveling for approximately one day before getting into the trailer. Minnesota was their final destination. He stated he thought there were approximately 180 to 200 people in the tractor trailer when he got in.

The United States Attorney's Office in San Antonio, Texas was contacted and accepted prosecution of James Matthew BRADLEY JR.

James Lara
Special Agent, HSI

Sworn to and subscribed to me on this the 24th day of July, 2017

Elizabeth S. Chestney
United States Magistrate Judge

3